IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GIRLIS HUGH SERRATT, also known as Hank, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv478-MHT (WO) |
| BOB RILEY, Ex Governor of Alabama, et al., | ) ) ) | |
| Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit challenging the confiscation of his legal materials on March 16, 2006 at the Limestone Correctional Facility and the failure of officials at Limestone to return these materials to him. He names as defendants the former governor, former attorney general, former commissioner of the Department of Corrections, and correctional officials at Limestone. This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the

Northern District of Alabama pursuant to 28 U.S.C. § 1404(a). Also before the court are plaintiff's objections. After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 4) are overruled.

(2) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 22nd day of June, 2018.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**